(September 28, 1984)

■ WILLIAM H. CARNEY, Appellant, v MEMORIAL HOSPITAL AND NURSING HOME OF GREENE COUNTY et al., Respondents. — Motion for permission to appeal to the Court of Appeals granted, without costs. No issue of fact was considered by this court. Pursuant to CPLR 5713, this court certifies that the following question of law, decisive of the correctness of its determination, has arisen, which in its opinion ought to be reviewed by the Court of Appeals: "Did this court err, as a matter of law, in affirming Special Term's order which granted defendants' motion to dismiss certain portions of plaintiff's complaint?" Mahoney, P. J., Kane, Casey, Weiss and Levine, JJ., concur.

■ FRANK A. NEMIA, Plaintiff, v THEODORA S. NEMIA, Defendant. (And Two Other Actions.) — Motion to dismiss cross appeal of Theodora S. Nemia denied, without costs, and the notice of cross appeal of Theodora S. Nemia filed in the Broome County Clerk's office on August 20, 1984, shall be deemed timely filed (see *Peck v Ernst Bros.,* 81 AD2d 940). Mahoney, P. J., Kane, Main, Casey and Weiss, JJ., concur.